UNITED STATES DISTRICT COURT
FOR THE 1ST DISTRICT OF R.I.
IN THE CITY OF PROVIDENCE

City of Woonsocket ,&
Woonsocket Police Dept. ,

Plaintiff's

v

Noel D. E. Dandy

Defendant

CA. NO. : CA 08 167 S

FRCP 81(c) 28 U.S.C. §§1441-1452.
FRCP 5 Serving & Filing FRCP (11)

DEFENDANT's NOTICE OF REMOVAL

Defendant files this notice of removal under §1446 (a)

Plaintiff's are the City of Woonsocket & the Woonsocket Police Dept.. On 04-07-08 plaintiff gave a summons to appear on 4-9-08 in Woonsocket Municipal Court for loud music .

Defendant was served with a summons on 4-7-08 & received notice of the suit on 4-9-08 . Defendant files this notice of removal within the 30 day period required by 28 U.S.C. §1446 (b).

Removal is proper because Federal Statute 28 U.S.C §1443 special removal statutes . Defendant has been denied the right to a jury trial on 5 or more cases & cannot enforce such a right in state courts . The defendants failed to do an act on several different times . (Use decimal reader ). (PLAINTIFF's) corrected

Defendant was denied the same right's white are given because of his color . And the Judge in this case is the son of Woon. Police Officer who denied me a duty owed . see complaint's & Counter Suit. Denied equal right's to a jury trial .

Was denied a jury trial by judge Gareipy of Woons. court. This is the same judge who heard a M.V.A. when defendant was rear ended by a John Bissette .

Defendant is entitled to redress .

All pleading's , process, orders, & other filings in the state court actions are attached to this notice as required by 28 U.S.C §1446 (a)



copy 4x

Venue is proper in this district under 28 U.S.C. §1441 (a) because this division & district embraces the place where the removed action is pending . The Defendant will promptly file a copy of this notice of removal with the clerk of the state court where the action is pending .

JURY DEMAND

Plaintiff did not demand a jury in state court action .

Defendant did give notice for a jury trial .

Conclusion

Defendant ask this court to reinsert all of his right's to a jury trial & provide a place for the equal right's of the defendant Dandy to have a trial by jury on all issue's with plaintiff's & to regain all loss's restored .

This Judge also stated " You have no U.S. constitutional right's here R.I. Constitution was the law of the land ".

Defendant States controversy with the Plaintiff's & State of R.I. A&T Wall .

The Defendant does not waive any of his right's.
And wants to insert them asap .

Defendant ask this court to stay the case here in this court & grant the defendant a trial by jury as stated in his constitutional right's.

N.D.E.D.

CERTIFICATION

I Noel D. E. Dandy certify that I left 2 copies of Notice of Removal to all ~~Pla~~ Plaintiff's for the Woon. Police Department & the City of Woonsocket @ 169 main st. with clerk of the court .

RECEIVED BY

I ________________ did receive (1) -2-page notice of removal on this / /08 .

On May 5th 2008 Noel Dand

Noel D. E. Dandy

Noel D. E. Dandy
65 Arnold St. Woonsocket, R.I.
02895 (401)766-3596

May 5th 2008

UNITED STATES DISTRICT COURT
FOR THE 1ST DIVISION OF R.I.
IN PROVIDENCE

Woonsocket Police Dept.,

& City of Woonsocket Inc., CASE NO : 08 - 167S

Plaintiff's

v

Noel D. E. Dandy

Defendant

CERTIFICATION OF SERVICE

I Noel D. E. Dandy here by certify that I delivered 1- notice of removal & 1- Notice of Notice of removal on May 5th 2008 and it was received by :

To: 169 Main St. Woonsocket , R.I. 02895

I Rachel Ciunda clerk of the court did receive such notices of removal on this May 5th of 2008 . And a 2.page complaint.

Defendant demands by 28 U.S.C. §1449 State Court record supplied. Demands a certified Copies of the state record .

Noel D. E. Dandy
65 Arnold St.
Woonsocket, R.I. 02895
401(766-3596)

MAY 5, 2008