WOONSOCKET MUNICIPAL COURT
169 MAIN ST. RHODE ISLAND
02895

CA 08 167 CA. NO.: 08-0 15

CITY OF WOONSOCKET, &
WOON. POLICE DEPT..

Plaintiff

v

Noel D. E. Dandy

DEFENDANT

FRCP (5) Filing & Serving

FRCP 81 (c) ,28 U.S.C. §§1441-1452.

DEFENDANTS NOTICE OF FILING NOTICE OF REMOVAL

On May 5 / 08 , defendant , Dandy filed a notice of removal in the office of the clerk of the United States District Court 1st District of Rhode Island .

CERTIFICATION

I Noel D. E. Dandy hereby certify that I left a copy for the both plaintiff's the W.P.D. & The city of Woonsocket @ there address of 169 main st. Woon., R.I. 02895

N.D.E.D. a notice to remove Too all plaintiff's on May 5th 2008 Noel Dandy

I ______________________ have received such notice .

on / / 08

Noel D. E. Dandy

Noel D. E. DANDY
65 ARNOLD ST. WOON., R.I.
02895 (401) 766-3596
May 5th 2008

Copy 4x