UNITED STATES DISTRICT COURT
FOR THE 1st DIVISION OF R.I.
IN PROVIDENCE

City of Woonsocket,
Woonsocket Police Dept.,

Plaintiff's

CA. NO. CA 08 167S

DEMAND FOR JURY TRIAL

v

Noel D. E. Dandy

Defendant

JURISDICTION

This court has jurisdiction cause this action rises under 28 USC §1443 Civil Rights & Elective Franchise .

COMPLAINT

1. On 4-7-08 & 4-9-08 Plaintiff's violated the defendant's Civil
2. Right's & Constitutional Right's by failing to use a decimal
3. reader on 3 different visit's & denial of a trial by jury
4. which white's receive but the defendant cannot enforce such
5. a right in this state . Dandy pleads proverty , racial profiling ,
6. wrong's , slander , defaming , Cruel & Unusual slave like
7. tactics , Controversy , mental anguish , denied the aid of
8. council , deprivation of life , liberties , & property ,
9. the denial of happyness, equal rights & equal protection
10. to the laws of this state . The city has failed to train
11. this police department in violations of rights & the state
12. of R.I. supports this behavior. The defendant is entilted
12. to justice without cost promptly without delay , denial
14. & recourse to the laws . Because of their action's & history
15. civil right violations dandy is a disabled American .

16). Dandy is a victim of a crime & is entitled to their property
17). for injuries pain & suffering . But I was denied that .
18). Denied the use of expert witness's . Loss of companionship
19). , Consortium, family , & compensation , enjoyment of sex
20). with erection . The Plaintiff's owe Dandy & with the assis-
21). -tance of council can prove such & the defendant is entitled
22). to the same right's as citizen's of several states , right
23). be whole . Also to redress all issues with the plaintiff's
24). which began at age 9 to today . Denial of bringing the
25). truth to court . Dandy states controversy with the plaintiff
26). 's and denied the same right's white's are given because
27). of my color . The plaintiff's denied a duty owed to the
28). to the defendant on 12-2-94 with unusual events taking
28). place head injury on U.S. property . Human rights violations
29). have taken place & received loss's . Defendant is unabled
31). to represent himself because of his disabilities & was
32). the passenger as well . Defendant takes insulin has no
33). Doctor & is 10 years over due for brain surgery . Wrongful
34). death on U.S. property I state . This court is bound by
35). Constitution & everything in it . Dandy states racial dis-
36). -crimination , & demands a Federal Investigation of Noel's
37). Civil Right's .

## CLAIM FOR EMERGENCY RELIEF

Relief can be granted by ending Racism in R.I. . A jury trial on all issues with the plaintiff's . And punitive damages medical assistance , Justice . Defendant demands 200 million .

Noel D. E. Dandy (401)766-3596
65 Arnold St. Woonsocket, RI 02895

Noel D.E. Dandy

May / 2 / 08