CITY OF WOONSOCKET

# MUNICIPAL COURT ORDINANCE COMPLAINT

| COMPLAINT NO. | |
|---|---|
| 08-53 | 107897 |

▼COMPLAINING AGENCY COMPLETE AREA IN HEAVY OUTLINE▼

| STATE EX REL | CITY/TOWN WOONSOCKET | PROVIDENCE COUNTY | MUNICIPAL COURT | OFFENSE DATE 4/7/08 |
|---|---|---|---|---|

| Vs. DEFENDANT | DEFENDANT'S ADDRESS |
|---|---|
| DANDY, NOEL | 69 ARNOLD ST 3FL WOONSOCKET RI |

| DA | SOCIAL SECURITY NO. | ARMED FORCES I.D. NO. | OTHER I.D. (M.V.LIC. NO.) |
|---|---|---|---|
| | | | |

| COMPLAINANT | COMPLAINANT'S ADDRESS |
|---|---|
| Woonsocket Police Department | 242 Clinton street, Woonsocket, RI |

TO ANY JUDGE OR AUTHORIZED JUSTICE OF THE PEACE FOR SAID DIVISION: The here named complainant on oath, in the name and behalf of the City, says that the here named defendant (alias John/Jane Doe) on the date stated with force and arms acted in violation of law and wherefore the complainant prays that a summons or arrest warrant may issue to apprehend the defendant and that he be held to answer this complaint and be further dealt with according to law.

| REGISTRATION: | STATE: | LICENSE NO.: | STATE: |
|---|---|---|---|
| | | | |

NOISE VIOLATION

(1)

| ORDINANCE(S) VIOLATED | PENALTY | LOCATION OF OFFENSE |
|---|---|---|
| 14-5 | | ARNOLD ST |

| AUTHORIZED OFFICER | DATE SIGNED | TITLE | AGENCY |
|---|---|---|---|
| X Sgt [signature] | 4/7/08 | Sgt | Woonsocket Police |

| SWORN TO BY AFFIANT WHO RECOGNIZED ☐ WITH ☐ WITHOUT SURETY | DATE SWORN | JUDGE/JUSTICE OF THE PEACE AUTHORIZED TO ISSUE WARRANTS |
|---|---|---|
| | | X |

## INITIAL APPEARANCE

| INITIAL APPEARANCE DATE | ARRAIGNMENT DATE | BAIL | JUDGE/JUSTICE OF THE PEACE |
|---|---|---|---|
| | | $ | X |

## ARRAIGNMENT

Continued To 4/16/08

| ARRAIGNMENT DATE | ADVISED OF RIGHTS | IMMED. JURY TRIAL WAIVED | PLEA | TRIAL DATE | BAIL |
|---|---|---|---|---|---|
| 4/9/08 | ☒ YES ☐ NO | ☐ YES ☐ NO | Not Guilty | | $ |

| ATTORNEY | NAME | JUDGE |
|---|---|---|
| ☐ PRIVATE ☐ ASSIGNED | | X [signature] |

## TRIAL

| TRIAL DATE | APPEAL TO SUPERIOR CT. | APPEAL DATE | JUDGE |
|---|---|---|---|
| 5/7/08 | ☐ YES ☐ NO | | X |

## JUDGMENT

| | DATE | ☐ CRIMINAL HISTORY |
|---|---|---|
| | | ☐ BACKGROUND INFO. |
| | JUDGE X | |

4-9-08 WHITE - Court Copy YELLOW - Defendant Copy Pink — Police Copy MC8