WOONSOCKET MUNICIPAL COURT
169 MAIN STREET IN R.I.
02895

MAY 7 (7:00 pm)
Court Date

City of Woonsocket,
WOON. POLICE DEPT. ,

PLAINTIFF's

vs

NOEL D. E. DANDY

Defendant

CA. NO. 08-053
15

DEMAND FOR A JURY TRIAL
&
OBJECTION &REMOVAL
ASK FOR COVER SHEET

7th Amendment Right

DEFENDANT PLEADS "NOT GUILTY TO ALL CHARGES" by the Plaintiff's.

DENIES ALL ALLEGATIONS .

28.U.S.C. Remedies in Federal Court (a),(b)1, (A)The Applicant has Exhausted the remedies available in the courts of the State; or
28 U.S.C. §2254.

NOEL D. E. DANDY
65 ARNOLD ST. WOON., R.I.
02895
(401)766-3596

APRIL 15, 2008

FRCP (5) serving & filing pleading's & other paper's

&

MOTION
VI. TRIALS FRCP 38
JURY TRIAL OF RIGHT
(a),(b)

&

FRCP 12. OBJECTIONS & DEFENSES
Motion for Judgment on pleadings

&

MAKING OBJECTION's FRCP 46,49(a)
, 51,52, (b).

&

MOTION FOR DISQUALIFICATION OF JUSTICE , JUDGE , OR MAGISTRATE
28 U.S.C. 455 & 144 . BIAS OR PREJUDICE of JUDGE . 10 day's

&

FRCP 13. COUNTER & CROSS CLAIMS AGAINST PLAINTIFF's & UNITED STATES & STATE OF RI A.T WALL & PROGRESSIVE INSURANCE CO. & ECT.

&

REMOVAL UNDER 28 U.S.C. 1443. CIVIL RIGHT's CASES. (1),(2) 30 DAY's
MOTION

WOONSOCKET MUNICIPAL COURT
169 MAIN ST. WOON., R.I.
02895

City of Woonsocket,
WPD DEPT. ,
Plaintiff

CA. NO. 08-053 15

vs

DEMAN FOR JURY TRIAL

Noel D. E. Dandy
Defendant

REMOVAL

ASK FOR COVER SHEET

DEMAND FOR JURY TRIAL (A)(B)(D)

MOTION SERVE & FILE

FRCP (5) Serving , Filing, Pleading's & Other paper's .

FRCP 12 OBJECTION'S & DEFENSE'S

FRCP 38 JURY TRIAL AS OF RIGHT

Now comes Defendant Dandy demands a Jury Trial . 7th Amendment Right to a Jury Trial .

SEE: ROSS v. BERNHARD, 396 U.S. 531, 542,90 CT. 733,740(1970). "Given the availability in a derivative action of both legal $ equitable remedies, we think the 7th amendment preserves to the parties in a stockholder's suit the same right to a jury trial that historically belonged to the corporation & to those against whom the corporation pressed its legal claims."

NOEL D. E. DANDY
65 ARNOLD ST.
WOON. , R.I. 02895

(401)766-3596

APRIL 15, 2008

WOONSOCKET MUNICIPAL COURT
169 MAIN ST. WOON., R.I.
02895

CITY OF WOONSOCKET,
W.P.D. DEPT.,

PLAINTIFF

VS

NOEL D. E. DANDY

DEFENDANT

CA. NO. 08-053 15

JURY DEMAND TRIAL
REMOVAL

7th AMENDMENT RIGHT

MOTION FRCP (5)

MOTION FOR DISQUALIFICATION OF JUSTICE, JUDGE , OR MAGISTRATE UNDER 28 . U.S.C. 455 & 144. BIAS OR PREDJUDICE . 10 day's

DISQUAL. (A) , (B)1,4, (5) i,iii,(iv), (c)(d)1,2,3,4, (i),(ii),(iii),

SEE ; Dandy v WPD 3-11-98 ca. no. 98-1226 S.C.

STATEMENT OF REASON : See police report dated 12/2/94 Defendant Dandy was denied . All right's . Defendant Dandy's believe's he is the father of this Woonsocket Police Officer namely Todd Bosviost . Denied the same right as other's to choose from 9am or 5am "I'll put you down for 9am". See recording's.

Defendant states this person with help Violated my Civil & R.I & U.S. & DISABILITY Constitutional Right's .

Where Dandy Suffered injuries to the Brain , Neck & Back ect..

Defendant Request not to continue with Judge Gariepy Thank you

.

NOEL D. E. DANDY
65 ARNOLD ST. WOONSOCKET, R.I.
02895 (401)766-3596
APRIL 15, 2008

CERTIFICATION OF SERVICE

I Noel D. E. DANDY hereby delivered 4 Pages to clerk of the Court for Judge Lloyd Gareipy @ 169 Main St. 2nd floor in Woon., R.I. 02895 in person & To the woonsocket police department @ there address on clinton st. Woon. R.I. 02895 .

I ______________________________ did receive 4 pages (1) Jury Demand (1) Motion for Disqualification of Justice ...... & (1)State of R.I. Depart of Atty. General History Record & (1)list of intentions .

Noel D. E. DANDY
65 ARNOLD ST. WOON., R.I.
02895 (401)766-3596

April 15 , 2008

CERTIFICATION OF SERVICE

I Noel D. E. DANDY hereby delivered 4 Pages to clerk of the Court for Judge Lloyd Gareipy @ 169 Main St. 2nd floor in Woon., R.I. 02895 in person & To the woonsocket police department @ there address on clinton st. Woon. R.I. 02895 .

I ______________ did receive 4 pages (1) Jury Demand (1) Motion for Disqualification of Justice ...... & (1)State of R.I. Depart of Atty. General History Record & (1)list of intentions .

Rec'd April 15, 2008 RA

Noel D. E. DANDY
65 ARNOLD ST. WOON., R.I.
02895 (401)766-3596

April 15 , 2008