UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND

NOEL D. E. DANDY CA. NO.: 08-167s

defendant

v

The City of Woonsocket Inc. ,
& The Woonsocket Police Dept..,

Plaintiff's

FRCP 5 Filing
FRCP 12 OBJECTIONS

Noel D. E. Dandy here by objects to the report & recommending of the Honorable Judge Magistrate Judge Lincoln D. Almond on 5/12/08 the reason why :

1). The United States has exclusive legislation over all cases what so ever (ART 1.) U.S. Constitution .

2). U.S.C. 28 §2674 Liability of the United States "in any case where death was caused .

3). See Superior Court Case 98-1226 . I have more .

4). 28. U.S.C §1443 Civil Rights Cases see (2) for any act under color of authority derived from any law providing for equal rights , or refusing to do any act on the ground that it would be inconsistent with such law . And that's why I was refused because it would have been inconsistent with charge.

5). FRCP 8 (a) 1-2-3. See Conley v. Gibson , 355 U.S. 41,47,-78 S. CT. 99, 103 (1957). & Rodriguez v. Doral Mtg. Corp. 57 F.3d 1168, 1171 (1st Cir. 1995). : "all the rule requires is

a short & plain statement of the claim ' that will give the defendant fair notice of what the plaintiff's claim is and the grounds upon which it rests."

6). Independent Enter. Inc. v. Pittsburgh Water & Sewer Auth., 103 F.3d 1165, 1175 (3d Cir. 1997). FRCP 8(e)(2) "permits inconsistency in both legal & factual allegations, & has been interpreted to mean a court 'may not construe [a plaintiff's] 1st claim as an admission against another alternative or inconsistent claim."

7). Brown v . Valmet - Appleton , 77 F.3d 860, 863 n.10 (5th Cir. 1996). "That the plaintiffs' allegations embrace the defendant's in globo does not detract from their specificity. An acceptable reading of the pleadings alleges that each defendant engaged in the tortious conduct therein described. "

8). Atchinson v District of Columbia, 73 F.3d 418,421 -22 (D.C.-Cir. 1996). "A complaint ....need not allege all that a plaintiff must eventually prove ."

9). Crull v. Gem Ins. Co., 58 f.3d 1386, 1391 (9th Cir. 1995). "The pleadings need only identify the basis of the court's jurisdiction . See No. 1-2-3-4 on page 1 . , demand for judgement for the relief sought , and contain a 'short & Plain statement Dandy filed a 2 page complaint . Of the claim showing that the pleader is entitled to relief .' The pleading not need identify any particular legal theory under which recovery is sought ."

10). Try this see WPD report dated 12-2-94 where Dandy was a tenant and injured . See MRI's (2) 1 -head & Back .

11). See Leona B. Graces report Dated 4-26-1999 Adams tv is not in the police report .

13. See State of RI & Providence Plantations Criminal History dated Jan. 19-05 . Arm robbery I never been charged with see arraignment dated 7-2-90 .

With the assistance of a medical expert I can prove this charge is a total lie . Request for a hearing . To show evidence .

If all else fails I ask this court for leave to amend both the complaint & R&R .

Also see 1 motion for an order of protection FRCP 26(c) & motion for order of FRCP 35 . Physical & Mental Exam of person (dandy).

Hearing for both orders above .

14). see N.R.C.M.H. dated 7-31-97 . 1-page

Conclusion

As stated above and before If these options fail I request leave to amend the Remand and Removal .

Noel D. E. Dandy
65 Arnold St. Woonsocket , R.I.
02895 (401) 766-3596
May 23, 2008