UNITED STATES DISTRICT COURT FOR THE
DIVISION OF RHODE ISLAND IN THE CIty
OF PROVIDENCE

WOONSOCKET POLICE DEPT.,
& City of Woonsocket Inc. ,

PLAINTIFF"S

CASE NO. :

08-167s

V.

Noel D. E. DANDY

DEFENDANT

FRCP 7(b) MOTIONS
FRCP 5 Service & Filing
FRCP 26 (c_ Motion For Protection
§14.

§14.1 Power to protect . Frcp 26(c) . This court may make an -y order that protects a party or person from annoyance , undue burden , or expense , embarrassment , and oppression or undue expense . Id. But the court's discretion to enter a protective is limited by the careful dictates of [FRCP] 26." See Proctor & Gamble Co. v. Bankers Trust Co., 78 F.3d 219,227 (6th Cir. 1996); see e.g., Pierson v. Indianapolis Power & light Co., 205 F.R.D. , 646, 647, (S.D. Ind.2002).

Dandy the defendant expect this to happend without an order of protection it will .

Noel D. E. Dandy
Woonsocket, R.I. 02895
65 Arnold St. (401) 766-3596

May 23 / 08