UNITED STATES DISTRICT COURT FOR THE
DIVISION OF PROVIDENCE RHODE ISLAND

Woonsocket Police Dept.,
& The City of Woonsocket Inc.
Plaintiff's
v

CA. NO. :
08-167s

Noel D. E. Dandy
Defendant

FRCP 7(b)
MOTION's

FRCP 26(c) Order of Protection

FRCP 5 Service & Filing papers
& pleading 's

FRCP 35 Physical & Mental Examation
of Person .

The purpose for this exam see report of MRI of head injury the purpose is to even the playing field between the 2 parties in a case where a party's physical or mental condition has become an issue. Womack v. Stevens Transport, Inc., 205 F.R.D. 445, 446 (E.D. Pa 2001); Ragge v. MCA/Universal studios, Corp., 165 F.R.D. 605, 608 (C.D. Cal.1995). Because of the sensitive nature of physical & mental examinations & the potential for their abuse, FRCP 35 provides additional procedural protections to a person from whom an examination is sought by required court approval of any proposed exams.

Noel D. E. Dandy x

Noel Dandy

Woonsocket , R.I. 02895

65 Arnold St. (401) 766-3596

May 23 / 08

See: Schlagenhauf vs. Holder, 379 U.S. 104 , 118, 85 S.CT. 234,243 (1964).