UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

City of Woonsocket
Petitioner

V. CA 08-167S

Noel D.E. Dandy
Respondent

**ORDER**

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on May 12, 2008 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1)(B). Defendant's objection to the Magistrate Judge's Report and Recommendation is DENIED and Defendant's Notice of Removal is remanded to the Woonsocket Municipal Court pursuant to U.S.C.§ 1915(e)(2).

BY ORDER:

Noenl Varas

DEPUTY CLERK

ENTER:

WESm

WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE: 5/27/08